**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 215383)
5 Pelican Vista Dr.
Newport Coast, CA 92657
Telephone: (949) 553-1010
Facsimile: (949) 553-2050
info@gauntlettlaw.com
jal@gauntlettlaw.com

Attorneys for Plaintiff
HOUSER HOLDINGS CA, LLC

**WOOLLS PEER DOLLINGER & SCHER**
Lisa Darling-Alderton (SBN 221738)
Neal Kojima (SBN 163958)
12401 Wilshire Blvd., Second Floor
Los Angeles, CA 90025-1089
Telephone: (213) 629-1600
Facsimile: (213) 629-1660
lalderton@wpdslaw.com
salvarez@wpdslaw.com

Attorneys for Defendant
TOKIO MARINE SPECIALTY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| HOUSER HOLDINGS CA, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TOKIO MARINE SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>Defendant. | Case No.: 24-CV-01123-WHO<br><br>Assigned to the Hon. William H. Orrick<br><br>**STIPULATION UNDER F.R.C.P. 41(a)(1)(A)(ii) DISMISSING SUIT WITHOUT PREJUDICE**<br><br>Action Filed: February 23, 2024<br>Trial Date: July 11, 2025 |

IT IS HEREBY STIPULATED by and between Plaintiff HOUSER HOLDINGS CA, LLC and Defendant TOKIO MARINE SPECIALTY INSURANCE COMPANY, that the above-captioned action and all claims of the Parties be dismissed without prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii) pursuant to the terms of a settlement agreement.

Each Party will bear its own costs and attorneys' fees.

Dated: March 3, 2025                GAUNTLETT & ASSOCIATES

                                    By:  /s/ David A. Gauntlett
                                        David A. Gauntlett
                                        James A. Lowe
                                        Attorneys for Plaintiff
                                        HOUSER HOLDINGS CA, LLC


Dated: March 3, 2025                WOOLLS PEER DOLLINGER & SCHER

                                    By:  /s/ Lisa Darling-Alderton
                                        Lisa Darling-Alderton
                                        Neal Kojima
                                        Attorneys for Defendant
                                        TOKIO MARINE SPECIALTY
                                        INSURANCE COMPANY

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatures listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

Dated: March 3, 2025                                 GAUNTLETT & ASSOCIATES


By:  /s/ David A. Gauntlett
David A. Gauntlett
James A. Lowe
Attorneys for Plaintiff
HOUSER HOLDINGS CA, LLC


PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

Dated:  March 3, 2025                                 _____
Hon. William H. Orrick
United States District Judge

3